UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-61813-CIV-GAYLES

**AUDEMARS PIGUET HOLDING SA,
BREITLING U.S.A., INC.,
LVMH SWISS MANUFACTURES, S.A.,
HERMÈS INTERNATIONAL, and
OMEGA SA,**
                **Plaintiffs,**

vs.

**ALLSWISSWATCH.EU,** *et al.*,
                **Defendants.**
                                              /

## ORDER

**THIS CAUSE** comes before the Court on Plaintiffs' Notice of Voluntary Dismissal, Without Prejudice, of Defendants alongwatches.com, cheapwatchchina.us, getreplicas.com, idoloutlet.biz, and jemontres.fr and Does 1-10 [ECF No. 23] and Motion for Entry of Final Default Judgment against Defendants [ECF No. 24]. On March 29, 2016, the Clerk of Court entered a default against Defendants, the Individuals, Partnerships or Unincorporated Associations identified on Schedule "A" to the Motion (collectively "Defendants") for failure to appear, answer, or otherwise plead to the Complaint filed herein within the time required [ECF No. 22]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1)    All claims against Defendants alongwatches.com, cheapwatchchina.us, getreplicas.com, idoloutlet.biz, jemontres.fr Does 1-10 are **DISMISSED WITHOUT PREJUDICE**;

(2)    Plaintiffs' Motion for Default Judgment [ECF No. 24] is **GRANTED** as to the remaining Defendants; and

(3)    In accordance with Federal Rule of Civil Procedure 58, a separate final judgment will be entered.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of April, 2016.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE