UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-61813-CIV-GAYLES

AUDEMARS PIGUET HOLDING SA,
BREITLING U.S.A., INC.,
LVMH SWISS MANUFACTURES, S.A.,
HERMÈS INTERNATIONAL, and
OMEGA SA,
                Plaintiffs,

vs.

ALLSWISSWATCH.EU, *et al.*,
                Defendants.
_____/

## FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

**THIS CAUSE** comes before the Court on Plaintiffs' Motion for Entry of Final Default Judgment against Defendants [ECF No. 24]. The Court granted the Motion in a separate Order [ECF No. 25]. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final default judgment. Therefore it is

**ORDERED AND ADJUDGED** that a Final Default Judgment is hereby entered in favor of Plaintiffs, Audemars Piguet Holding SA ("Audemars Piguet"), Breitling U.S.A., Inc. ("Breitling USA"), Hermès International ("Hermès"), LVMH Swiss Manufactures, S.A. ("LVMH"), and Omega SA ("Omega") (collectively "Plaintiffs") and against the Defendants identified on Schedule "A" hereto (collectively "Defendants") as follows:

1.      Permanent Injunctive Relief:

Defendants and their officers, agents, servants, and employees, and all persons acting in concert and participation with Defendants are hereby permanently restrained and enjoined from:

        a.      manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell goods using counterfeits or infringements of (i) the Audemars Piguet trademark identified in

Paragraph 22 of the Complaint; (ii) the Breitling trademark identified in Paragraph 28 of the Complaint; (iii) the Hermès trademark identified in Paragraph 34 of the Complaint; (iii) the LVMH trademark identified in Paragraph 40 of the Complaint; and/or (iii) the Omega trademark identified in Paragraph 46 of the Complaint (collectively "Plaintiffs' Marks");

b. using Plaintiffs' Marks in connection with the sale of any unauthorized goods;

c. using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defendants offered for sale or sold via the Internet websites operating under the domain names identified on Schedule "A" hereto (collectively the "Subject Domain Names") and/or any other website, domain name, or business, as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiffs;

d. falsely representing themselves as being connected with Plaintiffs, through sponsorship or association;

e. engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants offered for sale or sold via the Subject Domain Names and/or any other website, domain name, or business, are in any way endorsed by, approved by, and/or associated with Plaintiffs;

f. using any reproduction, counterfeit, copy, or colorable imitation of Plaintiffs' Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants via the Subject Domain Names and/or any other website, domain name, or business;

g. affixing, applying, annexing, or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendants via the Subject Domain Names and/or any other website, domain name or business, as being those of Plaintiffs or in any way endorsed by Plaintiffs;

h. otherwise unfairly competing with Plaintiffs;

i. using Plaintiffs' Marks, or any confusingly similar trademarks, within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and from any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by Defendants, including the Internet websites operating under all of the Subject Domain Names; and

j. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

2. Additional Equitable Relief:

   a. In order to give practical effect to the Permanent Injunction, the Subject Domain Names are hereby ordered to be immediately transferred by Defendants, their assignees and/or successors in interest or title, and the Registrars to Plaintiffs' control. To the extent the current Registrars do not facilitate the transfer of the domain names to Plaintiffs' control within five (5) days of receipt of this judgment, the Registries shall, within thirty (30) days, change the Registrar of Record for the Subject Domain Names to a Registrar of Plaintiffs' choosing, and that Registrar shall transfer those Subject Domain Names to Plaintiffs; and

   b. Upon Plaintiffs' request, the top level domain (TLD) Registry for each of the Subject Domain Names, or their administrators, including backend registry operators or administrators, within thirty (30) days of receipt of this Order, shall place the Subject Domain Names on Registry Hold status for the life of the current registration, thus removing them from the TLD zone files maintained by the Registries which link the Subject Domain Names to the IP addresses where the associated websites are hosted.

3. Statutory damages pursuant to 15 U.S.C. § 1117(c):

   a. Award Plaintiff damages of $100,000.00 against each Defendant pursuant to 15 U.S.C. § 1117(c), for which let execution issue.

4. Statutory damages pursuant to 15 U.S.C. § 1117(d):

   a. $30,000 against Defendant 1 - allswisswatch.eu, for its audemarspiguetreplica.us, breitlingreplicas.net, and breitlingreplicas.nl domain names, pursuant to 15 U.S.C. § 1117(d), for which let execution issue;

   b. $20,000 against Defendant 32 – perfectwatches.cn, for its breitlingwatch.net and breitlingwings.com domains, pursuant to 15 U.S.C. § 1117(d), for which let execution issue.

5. Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

6. The Court retains jurisdiction to enforce this Judgment and permanent injunction.

3

6. The Clerk of Court is directed to **CLOSE** the case. All pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of April, 2016.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

## SCHEDULE "A"
## DEFENDANTS BY NUMBER AND SUBJECT DOMAIN NAME

| Defendant Number | Defendant / Subject Domain Name |
|---|---|
| 1 | allswisswatch.eu |
| 1 | audemarspiguetreplica.us |
| 1 | bigbangreplica.com |
| 1 | bigbangreplica.net |
| 1 | breitlingreplicas.net |
| 1 | elitereplicawatch.eu |
| 1 | hublotreplicas.net |
| 1 | replicahause.ca |
| 1 | replicahause.com.au |
| 1 | replicahause.es |
| 1 | replicahause.me |
| 1 | replicahause.nl |
| 1 | replicamaster.ca |
| 1 | replicaperfection.eu |
| 1 | swissclock.eu |
| 1 | swisskings.eu |
| 1 | thereplicahause.co |
| 1 | thereplicahause.com.au |
| 1 | watchrepublic.eu |
| 1 | allswisswatch.nl |
| 1 | breitlingreplicas.nl |
| 1 | elitereplicawatch.nl |
| 1 | replicahaus.com.au |
| 1 | replicahaus.es |
| 1 | replicahaus.nl |
| 3 | asinewatches.com |
| 4 | bestwatches.cn |
| 4 | fakewatchchina.com |
| 5 | boxmontre.com |
| 6 | buywatcheshere.ru |
| 8 | demontres.com |
| 9 | demo-watch.cn |
| 9 | ftwatches.cn |
| 9 | owatcho.co |
| 9 | watchestoo.co |
| 9 | watchyo.net |
| 9 | owatcheso.co |
| 10 | eagerwatch.com |
| 11 | echowatch.ru |
| 12 | ensurewatch.com |
| 13 | eshotrelojes.com |

5

| | |
|---|---|
| 14 | fakewatchmall.com |
| 15 | fitreplica.com |
| 17 | hoowatch.com |
| 19 | idomontres.com |
| 20 | inwatchsale.net |
| 23 | justmontres.fr |
| 24 | kowatches.co |
| 25 | luxmall.su |
| 26 | luxorelogio.com |
| 27 | luxuhrende.com |
| 28 | luxuhrensite.com |
| 29 | luxurymy.ru |
| 30 | mowatch.cn |
| 31 | orologireplicait.com |
| 32 | perfectwatches.cn |
| 32 | breitlingwatch.net |
| 32 | breitlingwings.com |
| 32 | paradisiac.info |
| 32 | perfectwatches.info |
| 32 | replicacartierwatches.net |
| 32 | replicamagic.com |
| 32 | replicamagic.net |
| 32 | replicawatchreport.biz |
| 32 | tswisstime.net |
| 32 | watch321.biz |
| 32 | watchrex.net |
| 32 | wow-first.org |
| 32 | yourtrustytime.info |
| 33 | pursevalley.cn |
| 33 | classicwatch.net |
| 33 | guccireplicawatch.com |
| 33 | knock-off-watches.com |
| 33 | replica-gucci-watches.com |
| 33 | swiss-made.co |
| 33 | swiss-watch.co |
| 33 | honeyreplicas.info |
| 33 | i-replicastore.com |
| 34 | relojesmercado.com |
| 35 | relojesreplicas24h.com |
| 35 | newatchesail.com |
| 37 | replicahause.eu |
| 38 | replicahause.fr |
| 38 | replicahaus.fr |
| 39 | replicahause.mx |
| 40 | replicamontres.com |
| 41 | replicasales.com |

6

| | |
|---|---|
| 42 | replicawatchespakistan.com.pk |
| 44 | replikeuhren.com |
| 45 | repliks.com |
| 46 | replux.ru |
| 47 | rolex-sell.com |
| 48 | royalwatch.com.pk |
| 49 | salewatches2.ru |
| 50 | snewatch.com |
| 52 | standwatches.com |
| 53 | swissreplication.eu |
| 53 | swissreplication.nl |
| 54 | takewatches.com |
| 55 | teresaduck.com |
| 56 | thereplicahause.fr |
| 57 | thuswatch.com |
| 58 | trustytime.ru |
| 59 | u2watchesale.com |
| 60 | uhrentoyou.com |
| 61 | uhrenvonale.com |
| 62 | uorderwatches.com |
| 63 | vcwatches.com |
| 64 | ventwatch.com |
| 64 | luxshop.su |
| 64 | luxusales.ru |
| 64 | made2u.su |
| 64 | replicaonline.co.uk |
| 64 | vastwatch.ru |
| 64 | vreplicas.ru |
| 64 | watchjust.su |
| 65 | volluhren.com |
| 66 | watchesaleoff.com |
| 66 | inwatchsale.ru |
| 67 | watchesalon.ru |
| 67 | watchesalon.com |
| 68 | watchesatpar.com |
| 69 | watchesdata.com |
| 69 | yewatchsale.com |
| 70 | watchgoing.fr |
| 70 | cnmontres.com |
| 71 | watchesrail.com |
| 72 | watchesways.com |
| 73 | watchjust.org |
| 74 | whynotreplica.com |
| 75 | xclones.su |
| 76 | yeawatch.com |