UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-61813-CIV-GAYLES

AUDEMARS PIGUET HOLDING SA,
BREITLING U.S.A., INC.,
LVMH SWISS MANUFACTURES, S.A.,
HERMÈS INTERNATIONAL, and
OMEGA SA

        Plaintiffs

vs.

ALLSWISSWATCH.EU, *et al.*,

        Defendants.

_____/

**CERTIFICATE OF SERVICE**

I certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am an employee of Investigative Consultants, a licensed private investigative firm.

On April 14, 2016, I served a true and accurate copy of the document(s) entitled:

1. Order on Motion for Default Judgment [D.E. 25]

2. Final Default Judgment and Permanent Injunction [D.E. 26]

for the following civil action:

AUDEMARS PIGUET HOLDING SA, *et al.* vs. ALLSWISSWATCH.EU, *et al*

on Defendants via electronic mail as detailed on the attached Schedule "A."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June  02 , 2016, at Torrance, California.

_____
Marianne Webster

## SCHEDULE "A"

### Key

X= Email Address Served Successfully
R= Email Message Returned as Undeliverable

| Def. No. | Domain Name | Email Addresses | Email Served | Onsite Email Address | Email Served |
|---|---|---|---|---|---|
| 1 | watchrepublic.eu | ebolasystems@gmail.com | X | sales@EliteReplicaWatch.com | R |
| 1 | replicahause.me | angelie.swissreplication@gmail.com | X | sales@replicahause.me | R |
| 1 | bigbangreplica.net | ebolasystems@gmail.com | X | sales@allswisswatch.eu | X |
| 1 | hublotreplicas.net | eshopreplica.watches@gmail.com | X | sales@allswisswatch.eu | X |
| 1 | swissclock.eu | ebolasystems@gmail.com | X | sales@allswisswatch.eu | X |
| 1 | swisskings.eu | ebolasystems@gmail.com | X | sales@allswisswatch.eu | X |
| 1 | bigbangreplica.com | eshopreplica.watches@gmail.com | X | sales@EliteReplicaWatch.com | R |
| 1 | replicaperfection.eu | ebolasystems@gmail.com | X | sales@replicaperfection.eu | X |
| 1 | breitlingreplicas.net | ebolasystems@gmail.com | X | | |
| 1 | allswisswatch.eu | ebolasystems@gmail.com | X | sales@allswisswatch.eu | X |
| 1 | allswisswatch.nl | ebolasystems@gmail.com | X | sales@allswisswatch.nl | X |
| 1 | audemarspiguetreplica.us | ebolasystems@gmail.com | X | sales@audemarspiguetreplica.us | X |
| 1 | breitlingreplicas.nl | ebolasystems@gmail.com | X | sales@breitlingreplicas.nl | X |
| 1 | elitereplicawatch.eu | domains@europeregistry.com<br>domains@instra.com | X<br>X | sales@EliteReplicaWatch.com | R |
| 1 | elitereplicawatch.nl | ebolasystems@gmail.com | X | sales@elitereplicawatch.nl | X |
| 1 | replicahaus.com.au | ebolasystems@gmail.com | X | sales@replicahaus.com.au | X |
| 1 | replicahaus.es | ebolasystems@gmail.com | X | sales@replicahaus.es | X |
| 1 | replicahaus.nl | ebolasystems@gmail.com | X | sales@replicahaus.nl | X |
| 1 | replicahause.ca | replicahause@gmail.com | X | sales@replicahause.ca | X |
| 1 | replicahause.com.au | replicahause@gmail.com | X | sales@replicahause.com.au | X |
| 1 | thereplicahause.com.au | replicahause@gmail.com | X | sales@replicahause.com.au | X |
| 1 | replicahause.es | replicahause@gmail.com | X | sales@replicahause.es | X |
| 1 | replicahause.nl | nldomains@instra.com | X | sales@replicahause.nl | X |
| 1 | thereplicahause.co | replicahause@gmail.com | X | sales@replicahause.nl | X |
| 1 | replicamaster.ca | ebolasystems@gmail.com | X | sales@allswisswatch.eu | X |
| 3 | asinewatches.com | 5422f17br0rdif36@5225b4d0pi3627q9.whoisprivacycorp.com<br>5422f17berbnqdr8@5225b4d0pi3627q9.whoisprivacycorp.com<br>5422f17bn79q9nk1@5225b4d0pi3627q9.whoisprivacycorp.com | X<br>X<br>X | support@asinewatches.com | X |
| 4 | bestwatches.cn | admin@bestwatches.cn | X | customerservice@bestwatches.cn | X |
| 4 | fakewatchchina.com | admin@newvcorp.com<br>YuMing@YinSiBaoHu.AliYun.com | X<br>X | | |
| 5 | boxmontre.com | watchessum@gmail.com | X | montreboxserver@gmail.com | X |
| 6 | buywatcheshere.ru | http://www.reg.ru/whois/admin_contact | R | support@buywatcheshere.ru | X |

| Def. No. | Domain Name | Email Addresses | Email Served | Onsite Email Address | Email Served |
|---|---|---|---|---|---|
| 8 | demontres.com | demontres.com@sohu.com | X | support@demontres.com | X |
| 9 | owatcho.co | ichuhren@gmail.com | X | owatchsservice@gmail.com | R |
| 9 | ftwatches.cn | zsm159@gmail.com | X | ffwatchesservice@gmail.com | X |
| 9 | owatcheso.co | dkwatchservices@gmail.com | X | owatchesservice@gmail.com | X |
| 9 | watchestoo.co | ichuhren@gmail.com | X | watchesservice123@gmail.com | X |
| 9 | demo-watch.cn | zsm159@gmail.com | X | paneraiso888@gmail.com | X |
| 10 | eagerwatch.com | eagerwatchcom@163.com | X | support@eagerwatch.com | X |
| 11 | echowatch.ru | http://www.reg.ru/whois/admin_contact | R | support@echowatch.ru | X |
| 12 | ensurewatch.com | ensurewatchcom@126.com | X | support@ensurewatch.com | X |
| 13 | eshotrelojes.com | shotrelojescom@21cn.com | X | support@eshotrelojes.com | X |
| 14 | fakewatchmall.com | fakewatchmallcom@21cn.com | X | support@fakewatchmall.com | X |
| 15 | fitreplica.com | fitreplicacom@126.com | X | support@fitreplica.com | X |
| 17 | hoowatch.com | hoowatchcom@163.com | X | support@hoowatch.com | X |
| 19 | idomontres.com | idomontrescom@126.com | X | support@idomontres.com | X |
| 20 | inwatchsale.net | inwatchsale.ru@sohu.com | X | support@inwatchsale.ru<br>support@watchesaleoff.com | X<br>X |
| 23 | justmontres.fr | justmontres.fr@sohu.com | X | support@justmontres.fr | X |
| 24 | kowatches.co | dkwatchservices@gmail.com | X | welwatches123@gmail.com | X |
| 25 | luxmall.su | luxmall.su@sohu.com | X | support@luxmall.su | X |
| 26 | luxorelogio.com | luxorelogiocom@126.com | X | support@luxorelogio.com | X |
| 27 | luxuhrende.com | luxuhrendecom@163.com | X | support@luxuhrende.com | X |
| 28 | luxuhrensite.com | luxuhrensitecom@163.com | X | support@luxuhrensite.com | X |
| 29 | luxurymy.ru | http://www.reg.ru/whois/admin_contact | R | support@luxurymy.ru | X |
| 30 | mowatch.cn | Inmanmes@yahoo.com<br>domainadmin@yahoo-inc.com | X<br>X | 2011bestsale@gmail.com | X |
| 31 | orologireplicait.com | orologireplicait@126.com | X | support@orologireplicait.com | X |
| 32 | perfectwatches.cn | admin@perfectwatches.cn | X | | |
| 32 | breitlingwatch.net | breitlingwatch.net-owner@customers.whoisprivacycorp.com | X | | |
| 32 | breitlingwings.com | breitlingwatch.net-owner@customers.whoisprivacycorp.com | X | | |
| 32 | paradisiac.info | info@paradisiac.info | X | | |
| 32 | perfectwatches.info | fjnlnpxdg@whoisprivacyprotect.com | X | | |
| 32 | replicacartierwatches.net | replicacartierwatches.net-owner@customers.whoisprivacycorp.com | X | | |
| 32 | replicamagic.com | admin@replicamagic.com | X | | |
| 32 | replicamagic.net | replicamagic.net-owner@customers.whoisprivacycorp.com | X | | |
| 32 | replicawatchreport.biz | contact@privacyprotect.org | | | |
| 32 | tswisstime.net | tswisstime.net-owner@customers.whoisprivacycorp.com | X | | |
| 32 | watch321.biz | admin@wow-first.org | X | | |
| 32 | watchrex.net | watchrex.net-admin@customers.whoisprivacycorp.com | X | | |
| 32 | wow-first.org | admin@wow-first.org | X | | |

| Def. No. | Domain Name | Email Addresses | Email Served | Onsite Email Address | Email Served |
|---|---|---|---|---|---|
| 32 | yourtrustytime.info | admin@yourtrustytime.info | X | | |
| 33 | replica-gucci-watches.com | replica-gucci-watches.com@idproxy.org | R | | |
| 33 | classicwatch.net | dn.mov.e@gmail.com<br>sanitaj@copies.pro | X<br>X | | |
| 33 | knock-off-watches.com | pspweblog@gmail.com | X | | |
| 33 | guccireplicawatch.com | nathalie9sp4@gmail.com | X | | |
| 33 | honeyreplicas.info | contact@privacyprotect.org | R | | |
| 33 | i-replicastore.com | i-replicastore.com-admin@customers.whoisprivacycorp.com | X | | |
| 33 | swiss-made.co | madeco522a3efc5x@idproxy.org | X | | |
| 33 | swiss-watch.co | swmdco@riseup.net<br>swisswatchmaker@gmail.com | X<br>X | | |
| 33 | pursevalley.cn | admin@pursevalley.cn | X | support@slowspider.com | X |
| 34 | relojesmercado.com | relojesmercado@sohu.com | X | support@relojesmercado.com | X |
| 35 | newatchesail.com | pw-2f890fb6c24b25b955d3e57ef77a4a51@privacyguardian.org | X | support@relojesreplicas24h.com | X |
| 35 | relojesreplicas24h.com | relojesreplicas24h@163.com | X | support@relojesreplicas24h.com | X |
| 37 | replicahause.eu | domains@europeregistry.com<br>domains@instra.com | X<br>X | sales@replicahause.eu | X |
| 38 | replicahaus.fr | support@instra.com<br>frdomains@instra.com | X<br>X | sales@replicahaus.fr | X |
| 38 | replicahause.fr | support@instra.com<br>frdomains@instra.com | X<br>X | sales@replicahause.fr | X |
| 39 | replicahause.mx | not listed | R | sales@replicahause.mx | X |
| 40 | replicamontres.com | todaynic@now.cn | R | servicewatchshop@gmail.com | X |
| 41 | replicasales.com | jianxian.liu@yahoo.com | X | saleswatchesshop@gmail.com | X |
| 42 | replicawatchespakistan.com.pk | | | sales@ReplicaWatchesPakistan.com.pk<br>info@ReplicaWatchesPakistan.com.pk | X<br>X |
| 44 | replikeuhren.com | replikeuhren.com@sohu.com | X | support@replikeuhren.com | X |
| 45 | repliks.com | raqueta19@yahoo.es | X | atencion.clientes.repliks@gmail.com | X |
| 46 | replux.ru | http://www.reg.ru/whois/admin_contact | R | support@replux.ru | X |
| 47 | rolex-sell.com | fashiontopshoes@yahoo.com | X | Service@Rolex-Sell.com | X |
| 48 | royalwatch.com.pk | | | info@royalwatch.com.pk<br>sales@royalwatch.com.pk<br>support@royalwatch.com.pk | X<br>X<br>X |
| 49 | salewatches2.ru | | | support@salewatches2.ru | X |
| 50 | snewatch.com | yuming@yinsibaohu.aliyun.com<br>snewatchcom@163.com | X<br>X | support@snewatch.com | X |
| 52 | standwatches.com | standwatches.com@sohu.com | X | support@standwatches.com | X |
| 53 | swissreplication.eu | domains@europeregistry.com<br>domains@instra.com | X<br>X | sales@swissreplication.eu | X |
| 53 | swissreplication.nl | ebolasystems@gmail.com | X | sales@swissreplication.nl | X |
| 54 | takewatches.com | takewatchescom@163.com | X | support@takewatches.com | X |
| 55 | teresaduck.com | teresaduck.com@sohu.com | X | | |
| 56 | thereplicahause.fr | support@instra.com<br>frdomains@instra.com | X<br>X | sales@thereplicahause.fr<br>info@kateshop.com | X<br>X |
| 57 | thuswatch.com | thuswatchcom@163.com | X | support@thuswatch.com | X |
| 58 | trustytime.ru | https://www.nic.ru/whois | R | itrustytime@gmail.com | X |

4

| Def. No. | Domain Name | Email Addresses | Email Served | Onsite Email Address | Email Served |
|---|---|---|---|---|---|
| 59 | u2watchesale.com | topbagswallcom@163.com | X | support@watchesalon.ru | X |
| 60 | uhrentoyou.com | uhrentoyoucom@163.com | X | support@uhrentoyou.com | X |
| 61 | uhrenvonale.com | uhrenvonale.com@sohu.com | X | support@uhrenvonale.com | X |
| 62 | uorderwatches.com | uorderwatchescom@163.com | X | support@uorderwatches.com | X |
| 63 | vcwatches.com | vcwatchescom@163.com | X | support@vcwatches.com | X |
| 64 | luxshop.su | luxshop.su@sohu.com | X | support@fitreplica.com | X |
| 64 | luxusales.ru | http://www.reg.ru/whois/admin_contact | R | support@fitreplica.com | X |
| 64 | made2u.su | made2u.su@gmail.com | X | support@fitreplica.com | X |
| 64 | replicaonline.co.uk | | | | |
| 64 | vastwatch.ru | http://www.reg.ru/whois/admin_contact | R | support@fitreplica.com | X |
| 64 | vreplicas.ru | http://www.reg.ru/whois/admin_contact | R | support@fitreplica.com | X |
| 64 | watchjust.su | watchjust.su@sohu.com | X | support@fitreplica.com | X |
| 65 | volluhren.com | volluhrencom@163.com | X | support@volluhren.com | X |
| 66 | inwatchsale.ru | http://www.reg.ru/whois/admin_contact | R | support@inwatchsale.ru<br>support@watchesaleoff.com | X<br>X |
| 66 | watchesaleoff.com | idolwatchesdan@163.com | X | support@watchesaleoff.com | X |
| 67 | watchesalon.com | watchesaloncom@163.com | X | support@watchesalon.ru | X |
| 67 | watchesalon.ru | http://www.reg.ru/whois/admin_contact | R | support@watchesalon.ru | X |
| 68 | watchesatpar.com | watchesatparcom@163.com | X | support@watchesatpar.com | X |
| 69 | watchesdata.com | AngelaW.Bogard@hotmail.com | X | | |
| 69 | yewatchsale.com | yewatchsalecom@163.com | X | | |
| 71 | watchesrail.com | watchesrailcom@163.com | X | support@watchesrail.com | X |
| 72 | watchesways.com | watcheswayscom@163.com | X | support@watchesways.com | X |
| 73 | watchjust.org | watchjustorg@163.com | X | support@ventwatch.com | R |
| 74 | whynotreplica.com | whynotreplica@sohu.com | X | support@whynotreplica.com | X |
| 75 | xclones.su | xclones.su@sohu.com | X | support@xclones.su | X |
| 76 | yeawatch.com | yeawatch.com@gmail.com | X | support@yeawatch.com | X |