UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-61813-CIV-GAYLES

AUDEMARS PIGUET HOLDING SA,
BREITLING U.S.A., INC.,
LVMH SWISS MANUFACTURES, S.A.,
HERMÈS INTERNATIONAL, and
OMEGA SA

      Plaintiffs

vs.

ALLSWISSWATCH.EU, *et al.*,

      Defendants.
_____/

## CERTIFICATE OF SERVICE

I certify and declare that I am over the age of 18 years, employed in the county of Broward, and I am an attorney for Plaintiffs, Audemars Piguet Holding SA, Breitling U.S.A., Inc., LVMH Swiss Manufactures, S.A., Hermès International, and Omega SA, in the above captioned action.

On April 14, 2016, Stephen M. Gaffigan, P.A. posted copies of the following document(s) on the website http://servingnotice.com/fa72s/index.html:

1. Order on Motion for Default Judgment [D.E. 25]

2. Final Default Judgment and Permanent Injunction [D.E. 26]

Dated: June 2, 2016 			Respectfully submitted,

STEPHEN M. GAFFIGAN, P.A.

By:   s:/*Stephen M. Gaffigan*/
Stephen M. Gaffigan (Fla. Bar No. 025844)
Virgilio Gigante (Fla. Bar No. 082635)
T. Raquel Rodriguez-Albizu (Fla. Bar. No. 103372)
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
Email:  Stephen@smgpa.net
E-mail: leo@smgpa.net
E-mail: Raquel@smgpa.net