UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-61813-CIV-GAYLES

AUDEMARS PIGUET HOLDING SA,
BREITLING U.S.A., INC.,
LVMH SWISS MANUFACTURES, S.A.,
HERMÈS INTERNATIONAL, and
OMEGA SA,

    Plaintiffs,

vs.

ALLSWISSWATCH.EU, *et al.*,

    Defendants.
_____/

**NOTICE OF COMPLIANCE AND MOTION TO RELEASE CLOUDFLARE FROM FURTHER OBLIGATIONS PURSUANT TO THE AMENDED FINAL JUDGMENT AND PERMANENT INJUNCTION**

On August 11, 2016, the Court entered the Amended Final Judgment and Permanent Injunction [ECF No. 31] (the "Injunction") regarding the domain names in-suit (the "Subject Domain Names"). Plaintiffs, Audemars Piguet Holding SA, Breitling U.S.A., Inc., LVMH Swiss Manufactures, S.A., Hermès International, and Omega SA ("Plaintiffs"), by and through their undersigned counsel, hereby notify the Court that CloudFlare, Inc. ("CloudFlare") has satisfied the requirements of the Injunction by terminating all of its services to the Subject Domain Names which had active accounts with CloudFlare.  The Defendants continue to independently violate the Injunction notwithstanding CloudFlare's discontinuation of its services to the Subject Domain Names. However, Plaintiffs and CloudFlare agree that there is no longer a need for CloudFlare to be subject to the ongoing Injunction directed to those Subject Domain Names.  Therefore, for the avoidance of doubt, the Plaintiffs move the Court for an Oder releasing CloudFlare from any ongoing obligations under the Injunction regarding the Subject Domain Names. Counsel for

Plaintiffs and counsel for CloudFlare have conferred and CloudFlare consents to the granting of the present motion.

DATED: September 1, 2016.                Respectfully submitted,

STEPHEN M. GAFFIGAN, P.A.

By: **s/Stephen M. Gaffigan**
Stephen M. Gaffigan (Fla. Bar No. 025844)
Virgilio Gigante (Fla. Bar No. 082635)
T. Raquel Rodriguez-Albizu (Fla. Bar. No. 103372)
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
E-mail: Stephen@smgpa.net
E-mail: Leo@smgpa.net
E-mail: Raquel@smgpa.net

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 1, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that a true copy of the foregoing was served this 1st day of September, 2016, via e-mail to the e-mail addresses at which Defendants were served and via publication by posting a true and accurate copy of the following document(s) on the website http://servingnotice.com/fa72s/index.html.

    s:/**Stephen M. Gaffigan**/
    Stephen M. Gaffigan