UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-61813-CIV-GAYLES

**AUDEMARS PIGUET HOLDING SA,
BREITLING U.S.A., INC.,
LVMH SWISS MANUFACTURES, S.A.,
HERMÈS INTERNATIONAL, and
OMEGA SA,**
               **Plaintiffs,**

vs.

**ALLSWISSWATCH.EU,** *et al.*,
               **Defendants.**
_____/

## ORDER

**THIS CAUSE** comes before the Court on Plaintiffs' Notice of Compliance and Motion to Release Cloudflare, Inc. from Further Obligations Pursuant to the Amended Final Judgment and Permanent Injunction ("the Motion") [ECF No. 32].  On August 11, 2016, the Court entered an Amended Final Default Judgment and Permanent Injunction [ECF No. 31], requiring Web hosts, domain-name registrars, or other non-party service providers, including without limitation, CloudFlare, Inc., cease providing all services in connection with the Subject Domains Names and associated websites. (*See* ECF No. 31 at 3.) Plaintiffs' have notified the Court that CloudFlare, Inc. has satisfied the requirements of the Amended Final Judgment and Permanent Injunction by terminating all of its services to the Subject Domain Names which had active accounts with CloudFlare, Inc. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1)     Plaintiffs' Motion [ECF No. 32] is **GRANTED**;

(2)   CloudFlare, Inc. is hereby released from any ongoing obligations under the Injunction with respect to the Subject Domain Names.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of September, 2016.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE